CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: _____

COUNTY: __SCOTT__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # __3:19cr175DPJ__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES _X_ NO

MATTER TO BE SEALED: _____ YES _X_ NO

NAME/ALIAS:   BALTAZAR GOMEZ-GOMEZ a/k/a Baltazar Gomez Gomez a/k/a Richard Longoria

**U.S. ATTORNEY INFORMATION:**

AUSA:   CHRISTOPHER D. CARTER     BAR # __104779__

INTERPRETER: ___No  _X_ YES   LIST LANGUAGE AND/OR DIALECT: _GUATEMALAN SPANISH_

**LOCATION STATUS:**   ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____

_____ ALREADY IN STATE CUSTODY _____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: __2__   _____ PETTY  _____ MISDEMEANOR  __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 _18:1546.F_ | 18 USC § 1546(a) | Fraud and Misuse of VISA/PERMITS | 1 |
| Set 2 _42:408.F_ | 42 USC §408(a)(7)(B) | Misuse of Social Security Number | 2 |

Date: _8-20-19_       SIGNATURE OF AUSA: _C. O. Cheeke for_

Revised 2/26/2010