PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
Criminal No. 3:19cr175-DPJ-FKB

BALTAZAR GOMEZ-GOMEZ
a/k/a Baltazar Gomez Gomez
a/k/a Richard Longoria
(wherever found)

The Clerk of said Court will issue summons returnable on October 9, 2019, at 3:00 p.m., before Honorable F. Keith Ball, United States Magistrate Judge at Jackson, Mississippi, a superseding indictment against the above-named defendant having been filed in the above-entitled cause on September 25, 2019.

This 25th day of September, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
Christopher D. Carter
Assistant U.S. Attorney
MSB # 104779

Summons issued: _____

HSI / CDC